UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA F. HARVILL-ZANGARO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20CV1884 HEA |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Commissioner's Motion to Remand, [Doc. No. 9]. For the reasons set forth in the motion, the Court agrees this case should be remanded to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew M. Saul as the Defendant in this suit.

Dated this 17th   day of February, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE